UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARON M. LOGWOOD,<br><br>             Plaintiff,<br><br>     v.<br><br>DAVID BAUGHMAN,<br><br>             Defendant. | Case No.  17-cv-05728-VC<br><br>**ORDER TO SHOW CAUSE** |

Laron Logwood's habeas petition is not "so incredible or frivolous as to warrant summary dismissal." *Hendricks v. Vasquez*, 908 F.2d 490, 492 (9th Cir. 1990).  The clerk is therefore ordered to serve a copy of the petition and all supporting materials to the respondent, and the respondent is ordered to file (and serve on the petitioner) an answer to the petition by December 19, 2017.  The respondent is also ordered to file and serve a copy of all portions of the state-court record that are relevant in adjudicating the issues raised by the petition.

If the petitioner wishes to file a traverse, he may do so within 30 days of the respondent's answer.

**IT IS SO ORDERED.**

Dated: November 22, 2017

_____
VINCE CHHABRIA
United States District Judge